United States District Court
Southern District of Texas
**ENTERED**
January 19, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JEREMY SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABC PEST CONTROL OF HOUSTON, INC. d/b/a ABC HOME & COMMERCIAL SERVICES and RALEIGH W. JENKINS,<br><br>Defendants. | PLAINTIFFS' COLLECTIVE ACTION COMPLAINT<br><br>Case No. 4:20-cv-01378<br><br>Jury Trial Demanded |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is Plaintiff Jeremy Smith and Defendants ABC Pest Control of Houston, Inc. and Raleigh Jenkins's (collectively, the "Parties") Joint Stipulation of Dismissal with Prejudice. After considering the Stipulation and agreement of the Parties, the Court

ORDERS that all claims in this lawsuit are hereby DISMISSED WITH PREJUDICE. All costs of court, attorneys' fees, and expenses shall be borne by the party incurring the same.

_1/18/21_
Date

_[signature]_
The Honorable Andrew S. Hanen
United States District Judge